# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| OSCAR MARTINEZ-RAMIREZ | CASE NUMBER: 1:06mj70-DRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Oscar Martinez-Ramirez_____
                                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possessing with intent to distribute methamphetamine,
a Schedule II Controlled Substance,

in violation of Title ____21____ United States Code, Section(s)_____841(a)(1)_____

DELORES R. BOYD
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

July 20, 2006   Montgomery, Alabama
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by_____
                                                                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest