CLOSED

# U.S. District Court
# Northern District of Florida - District Version 2.5 (Tallahassee)
# CRIMINAL DOCKET FOR CASE #: 4:06-mj-00105-WCS-ALL
# Internal Use Only

Case title: USA v. MARTINEZ-RAMIREZ
Other court case number: 1:06mj10-DRB MDAL

Date Filed: 07/24/2006

Assigned to: MAGISTRATE JUDGE WILLIAM C SHERRILL, JR

RECEIVED 2006 AUG -3 A 10: 01 U.S. DISTRICT COURT

### Defendant

**OSCAR MARTINEZ-RAMIREZ** (1)
*TERMINATED: 07/25/2006*

represented by **RANDOLPH P MURRELL**
FEDERAL PUBLIC DEFENDER OFFICE - TALLAHASSEE FL
227 N BRONOUGH ST - STE 4200
TALLAHASSEE, FL 32301
850/942-8818
Fax: 942-8809
Email: Randolph_Murrell@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: [signature]
Deputy Clerk

### Pending Counts

### Disposition

None

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |

None

**Plaintiff**

USA                                represented by    **WINIFRED ACOSTA NESMITH**
                                                    US ATTORNEY - TALLAHASSEE FL
                                                    111 N ADAMS ST
                                                    4TH FL
                                                    TALLAHASSEE, FL 32301
                                                    850/942-8430
                                                    Fax: 942-8448
                                                    Email: winifred.nesmith@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

| Date Filed | # | Docket Text |

| 07/24/2006 | 1 | *SEALED*   Copy of Criminal Complaint as to OSCAR MARTINEZ-RAMIREZ received from MDAL 1:06mj70 (Attachments: #1 Affidavit)(amm, Tallahassee) (Entered: 07/25/2006) |
|---|---|---|
| 07/24/2006 | 4 | Minute Entry for proceedings held before Judge WILLIAM C SHERRILL JR:Initial Appearance in Rule 5(c)(3) Proceedings as to OSCAR MARTINEZ-RAMIREZ held on 7/24/2006 (Court Reporter cd 2006-3.) (amm, Tallahassee) Additional attachment(s) added on 7/25/2006 (amm, Tallahassee). (Entered: 07/25/2006) |
| 07/24/2006 | 2 | INTERPRETER'S WRITTEN OATH by Maria Jimenez as to OSCAR MARTINEZ-RAMIREZ (amm, Tallahassee) (Entered: 07/25/2006) |
| 07/24/2006 | 3 | ORDER OF DESIGNATION: Maria Jimenez appointed in case as to OSCAR MARTINEZ-RAMIREZ . Signed by Judge WILLIAM C SHERRILL JR on 7/24/06. (amm, Tallahassee) Additional attachment(s) added on 7/25/2006 (amm, Tallahassee). (Entered: 07/25/2006) |
| 07/24/2006 | 5 | CJA 23 Financial Affidavit by OSCAR MARTINEZ-RAMIREZ (PDF sealed per Privacy Policy) (amm, Tallahassee) Additional attachment(s) added on 7/25/2006 (amm, Tallahassee). (Entered: 07/25/2006) |
| 07/24/2006 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to OSCAR MARTINEZ-RAMIREZ. Signed by Judge WILLIAM C SHERRILL JR on 7/24/06. (amm, Tallahassee) (Entered: 07/25/2006) |
| 07/24/2006 | 7 | WAIVER of Rule 5 Hearings by OSCAR MARTINEZ-RAMIREZ (amm, Tallahassee) (Entered: 07/25/2006) |

| | | |
|---|---|---|
| 07/24/2006 | 8 | ORDER OF DETENTION as to OSCAR MARTINEZ-RAMIREZ Detention Hearing set for 7/25/2006 03:00 PM in Courtroom 2 before MAGISTRATE JUDGE WILLIAM C SHERRILL JR. Signed by Judge WILLIAM C SHERRILL JR on 7/24/06. (amm, Tallahassee) (Entered: 07/25/2006) |
| 07/25/2006 | 9 | Minute Entry for proceedings held before Judge WILLIAM C SHERRILL JR:Detention Hearing as to OSCAR MARTINEZ-RAMIREZ held on 7/25/2006, Preliminary Examination as to OSCAR MARTINEZ-RAMIREZ held on 7/25/2006 (Court Reporter cd 2006-3.) (amm, Tallahassee) (Entered: 07/25/2006) |
| 07/25/2006 | 10 | ORDER OF DETENTION as to OSCAR MARTINEZ-RAMIREZ . Signed by Judge WILLIAM C SHERRILL JR on 7/25/06. (amm, Tallahassee) (Entered: 07/27/2006) |
| 07/25/2006 | 11 | COMMITMENT TO ANOTHER DISTRICT as to OSCAR MARTINEZ-RAMIREZ. Defendant committed to District of MDAL. Signed by Judge WILLIAM C SHERRILL JR on 7/25/06. (amm, Tallahassee) (Entered: 07/27/2006) |
| 07/25/2006 | | ***Criminal Case Terminated, ***Terminated defendant OSCAR MARTINEZ-RAMIREZ, pending deadlines, and motions. (amm, Tallahassee) (Entered: 07/27/2006) |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Northern__ District of __Florida__

| UNITED STATES OF AMERICA<br>V.<br><br>OSCAR MARTINEZ-RAMIREZ | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 4:06mj105-WCS | 1:06mj70-DRB  WCS |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    X Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. §    841(a)(1)

**DISTRICT OF OFFENSE**
MIDDLE DISTRICT OF ALABAMA (Montgomery Division)

**DESCRIPTION OF CHARGES:**

Knowingly and intentionally possessing with intent to distribute methamphetamine, a Schedule II Controlled Substance

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

Interpreter Required?    ☐ No    ☐ Yes    Language: _____

**DISTRICT OF FLORIDA (NORTHERN)**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

July 25 2006                    _[signature]_
Date                            United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

Case 1:06-cr-00201-WHA-CSC   Document 8   Filed 08/03/2006   Page 6 of 16
Case 4:06-mj-00105-WCS   Document 10   Filed 07/25/2006   Page 1 of 3

Page 1 of 3

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                             N.D. FLA. CASE NO. 4:06mj105-WCS
                                                M.D. ALA. CASE NO. 1:06mj70-DRB

**OSCAR MARTINEZ-RAMIREZ,**

   **Defendant.**

_____/

## ORDER OF DETENTION PENDING TRIAL

The United States has moved pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f), that the above named Defendant be detained before trial. After a hearing, the following findings are made:

1. There is probable cause to believe that the Defendant has committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(A)(1). Based on this finding, a statutory presumption arises that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community. 18 U.S.C. § 3142(e).

2. Defendant has been illegally in this country for 10 years. He is a citizen of Mexico and has family there. Defendant has a wife and child in Alabama. Defendant



Case 1:06-cr-00201-WHA-CSC   Document 8   Filed 08/03/2006   Page 7 of 16
Case 4:06-mj-00105-WCS   Document 10   Filed 07/25/2006   Page 2 of 3

Page 2 of 3

does not live with his wife, and does not know (or will not reveal) her location.  He lives in a residence in Malvern, Alabama, where he has been selling drugs.  He works as a brick mason.  He also has been selling pounds of methamphetamine.  This is concluded from evidence provided to the investigating DEA agent and the pendency of drug charges over a period of nearly a year and in both Alabama and Florida.  In addition to the charges in this case, he has drug charges pending in Alabama arising from an arrest on September 7, 2005, during which he gave a false name, and in Washington County, Florida, from an arrest on July 2, 2006, for possession of amphetamine with intent to sell.

    3.  Defendant has not rebutted the presumption in paragraph one that there is no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.

    Accordingly, it is **ORDERED** that Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

Case No. 4:06mj105-WCS and M.D. ALA. Case No. 1:06mj70-DRB

Case 1:06-cr-00201-WHA-CSC    Document 8    Filed 08/03/2006    Page 8 of 16
Case 4:06-mj-00105-WCS    Document 10    Filed 07/25/2006    Page 3 of 3

Page 3 of 3

facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** on July 25, 2006.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:06mj105-WCS and M.D. ALA. Case No. 1:06mj70-DRB

# United States District Court
## CRIMINAL MINUTES - GENERAL

Case #  **4:06mj105-WCS**    Date  **July 25, 2006**

---

DOCKET ENTRY:   Hearing Held         3:04 - 3:24 p.m.

Spanish Interpreter Maria Jimenez present
Court finds probable cause and grants motion for detention

---

PRESENT: HONORABLE  **William C. Sherrill, Jr.**  , United States Magistrate Judge

| Angie Maxwell | Scott MacKinlay | cd 2006-3 | Winifred Nesmith |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. U.S. Attorney |

U.S.A. v. (Defendant Listed Below)         Attorney For Defendant

**OSCAR MARTINEZ-RAMIREZ**                **Randy Murrell**
X Present  X Custody  __Bond  __O/R         X Apptd.  ____Retained  X present

---

PROCEEDINGS:   Detention Hearing Held

3:04   Court in Session

3:06   Government witness:
           Devin Whittle, sworn, direct
3:17   Cross by Defense

3:23   Argument by Defense

3:23   Court finds Probable Cause and grants motion for detention

3:24   Court adjourned

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

Middle District of Alabama
CASE NO. 1:06mj70-DRS

OSCAR MARTINEZ-RAMIREZ,

DOCKET NO. 4:06mj105-WCS

Defendant.
_____/

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO
## BAIL REFORM ACT

The Government has moved for the detention of this Defendant pursuant to the Bail Reform Act and has requested a continuation of the detention hearing.

Accordingly, it is ORDERED that a detention/preliminary hearing is set for **Tuesday, July 25, 2006, beginning at 3:00 P.M.**, before the undersigned magistrate judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal. The United States Marshal is hereby directed to have the Defendant in the U.S. Courthouse on the above date.

**DONE AND ORDERED** on July 24, 2006.

S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**



AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

__OSCAR MARTINEZ-RAMIREZ__
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 4:06mj105-WCS

CHARGING DISTRICTS
CASE NUMBER: 1:06mj70-DRA

I understand that charges are pending in the __Middle__ District of __Alabama__ alleging violation of __21 U.S.C. Section 841(a)(1)__ and that I have been arrested in this district and
(Title and Section)
taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( X ) identity hearing

(   ) preliminary hearing

(   ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

7/24/06
Date

Oscar Martinez
Defendant

Defense Counsel

SCANNED/POSTED/RETURNED IN FLND

Date _____ By _____



IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

Middle District of Alabama
CASE NO. 1:06mj70-DRS

OSCAR MARTINEZ-RAMIREZ,

DOCKET NO. 4:06mj105-WCS

Defendant.
_____/

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Defendant has shown by sworn evidence that he qualifies for appointment of counsel. Accordingly, it is **ORDERED** that **RANDOLPH P. MURRELL**, Federal Public Defender, 227 N. Bronough Street, Room 4200, Tallahassee, Florida 32301, (850) 942-8818, is appointed to represent this defendant. If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order.

**DONE AND ORDERED** on July 24, 2006.

S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES  [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)
IN THE CASE OF  USA vs. Martinez-Ramirez  FOR: NDFL  AT: Tallahassee

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Oscar Martinez-Ramirez

1 [ ] Defendant – Adult
2 [ ] Defendant – Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other (Specify)

DOCKET NUMBERS
Magistrate: 4:06mj105-wcs
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) [ ] Felony  [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? [X] Yes  [ ] No  [ ] Am Self Employed
Name and address of employer: Mack Construction, Dothan, AL
IF YES, how much do you earn per month? $ 500/wk
IF NO, give month and year of last employment — How much did you earn per month? $
If married is your Spouse employed? [X] Yes  [ ] No
IF YES, how much does your Spouse earn per month? $ 180/wk
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [X] No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ ____  SOURCES ____

**CASH**
Have you any cash on hand or money in savings or checking account [ ] Yes  [X] No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [X] Yes  [ ] No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 2,500   DESCRIPTION: 95 Mustang

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: [ ] SINGLE  [X] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Sophia Martinez (daughter)

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors | Total Debt | Monthly Payt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7-24-06

Date ____  SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► Oscar Martinez

5

SCANNED / TURNED IN FILE

# UNITED STATES DISTRICT COURT

## CRIMINAL MINUTES – FIRST APPEARANCE ON REMOVAL

Case No. __4:06mj105-WCS__          Date: __July 24, 2006__

Docket Entry:   IA Removal

   -Public defender appointed
   -Preliminary and Detention hearings scheduled for 7/25/06 at 3:00 p.m.

**PRESENT:** Honorable William C. Sherrill, United States Magistrate Judge

| Angie Maxwell | Scott Mackinlay | CD 2006-3 | Winifred Nesmith |
|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney |

U.S.A. v. (Defendants listed below)          Attorneys for Defendants:

(1) __OSCAR MARTINEZ-RAMIREZ__          (1) __Randy Murrell__
    X present  X custody  __ bond  __ O/R          X present  X appointed  __ retained

__X__  Defendant advised that he/she is before a U.S. Magistrate Judge
__X__  Defendant advised of charges, penalties and fines
__X__  Defendant advised of right to remain silent and consult with an attorney before making any statement
__X__  Defendant advised of his right to hire counsel
__X__  Defendant executes a CJA Form 23 and swears that it is accurate
__X__  Order appointing Public Defender entered for these proceedings
____  Deft waived counsel to be present at hearing
____  Defendant retained his/her own counsel: _____
__X__  Advised of right to a preliminary hearing
__X__  Preliminary hearing scheduled for   7/25/06 at 3:00 p.m.
__X__  Preliminary hearing waived
__X__  Defendant advised of his/her right to bail
__X__  Government moves for pretrial detention
__X__  Detention hearing scheduled for:   7/25/06 at 3:00 p.m.
____  Detention hearing held
____  Defendant released on order setting conditions of release (see order)
____  Defendant detained (see order)
__X__  Advised of right to a removal hearing
____  Removal hearing held
__X__  Removal hearing waived

Initials of Deputy Clerk:  AMM

4

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

VS.

CASE NO. 4:06mj105-WCS

OSCAR MARTINEZ-RAMIREZ,
_____/

ORDER OF DESIGNATION

The Court finds that pursuant to Rule 604 of the Federal Rules of Evidence, that is a qualified expert as a bilingual interpreter for the **Spanish** language, and that the defendant in this cause is unable to comprehend the English language.

**Therefore, pursuant to the Court Interpreters Act it is:**

**ORDERED**, that **Maria Jimenez** is hereby designated as an interpreter in this cause to provide the defendant with those services necessary to enable him/her to comprehend these proceedings, in the Courtroom or in Chambers, to present his/her testimony; to communicate with the presiding judicial officer; to communicate with the probation officer; and to communicate with counsel in the Courtroom, in Chambers, or in the immediate environs of the Courtroom in connection with the ongoing proceedings in this case before the presiding officer.

**DONE AND ORDERED** this ___24th___ day of July, 2006.

 s/William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                                              CASE NO. 4:06mj 15 WCS

OSCAR MARTINEZ-RAMIREZ
_____

## INTERPRETER'S WRITTEN OATH

ON MY WORD OF HONOR, AS OFFICIAL COURT INTERPRETER AND OFFICER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA; I, SWEAR OR AFFIRM TO BE TRUE TO THE CODE OF ETHICS OF MY PROFESSION, AND TO DISCHARGE FAITHFULLY THE FOLLOWING SOLEMN DUTIES AND OBLIGATIONS:

*I WILL* interpret accurately and faithfully to the best of my ability. I will convey the true meaning of the words, phrases, and statements of the speaker, and I will pay special attention to variations of the target language due to educational, cultural and regional differences.

*I WILL* never interject my own words, phrases, or views and if the need arises to paraphrase any statements in order to convey the proper meaning, I will do so only after the presiding judicial officer has granted permission.

*I WILL* familiarize myself with the case as much as possible prior to going into the Courtroom. I will inquire whether the language in the case will involve terminology of a technical nature or a particular vernacular that would require special preparation. I Will study Indictments or charges to avoid possible interpretation problems during formal proceedings.

*I WILL* speak in a clear, firm and well modulated voice, and when using inflections, I will be particularly careful not to allow them to be interpreted as partiality. I will employ the techniques of interpretation best suited to the situation at hand or according to the needs or wishes of those utilizing my services.

*I WILL* adopt a conservative manner of dress and conduct in upholding the dignity of the Court and of my profession, particularly when attention is upon me in the Courtroom. I will familiarize myself thoroughly with all the local rules and I will abide by them.

*I WILL* strive constantly to improve my knowledge of legal terminology in English and in the language I interpret, and to be familiar with general courtroom procedures, so that in addition to interpreting, I may when time and conditions permit and with the permission of the presiding judicial officer explain to those for whom I interpret what is occurring in the courtroom.

*I WILL* personally be responsible for having the proper dictionaries and other linguistic reference materials readily available for consultation when required. So Help Me God.

Signed this ___24th___ day of ___July___ , 2006.

_____
MARIA JIMENEZ

SCANNED/POSTED/RETURNED IN FLND

Date _____ By _____

2