Case 1:06-cr-00201-WHA-CSC   Document 11   Filed 08/15/2006   Page 1 of 3

FILED
AUG 15 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 1:06CR201-WHA |
| | ) | [21 USC § 846 and 841(a)(1)] |
| OSCAR MARTINEZ-RAMIREZ | ) | |
| | ) | **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

From in or about 2004 until the 2nd day of March, 2006, in Geneva County, within the Middle District of Alabama and elsewhere, the defendant,

**OSCAR MARTINEZ-RAMIREZ,**

did knowingly and intentionally conspire, combine and agree with other persons both known and unknown to the Grand Jury to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about the 15th day of February, 2006, in Geneva County, within the Middle District of Alabama, the defendant,

**OSCAR MARTINEZ-RAMIREZ,**

did knowingly and intentionally distribute a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about the 17th day of February, 2006, in Geneva County, within the Middle District of Alabama, the defendant,

**OSCAR MARTINEZ-RAMIREZ,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

On or about the 17th day of February, 2006, in Geneva County, within the Middle District of Alabama, the defendant,

**OSCAR MARTINEZ-RAMIREZ,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5

On or about the 23rd day of February, 2006, in Geneva County, within the Middle District of Alabama, the defendant,

**OSCAR MARTINEZ-RAMIREZ,**

did knowingly and intentionally distribute approximately 7.8 grams of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT 6</u>

On or about the 2nd day of March, 2006, in Geneva County, within the Middle District of Alabama, the defendant,

OSCAR MARTINEZ-RAMIREZ,

did knowingly and intentionally distribute approximately 7.2 grams of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Clark Morris*
A. CLARK MORRIS
Assistant United States Attorney