## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES O F AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CR NO.    1:06CR201-WHA** |
| | ) | |
| **OSCAR MARTINEZ-RAMIREZ** | ) | |

### ORDER TO PRODUCE PRISONER
### FOR ARRAIGNMENT

TO:    The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **August 30, 2006**  in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

### OSCAR MARTINEZ-RAMIREZ

before the United States District Court at Montgomery, Alabama in **Courtroom 4-B** on the **30**[TH]

day of **August, 2006**  at **10:00 o'clock a. m**.

**DONE** this 17th  day of August, 2006**.**

**CHARLES S. COODY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

By:_____
                **Deputy Clerk**

cc:    **U.S. Attorney**
       **U.S. Pretrial Services**
       **U.S. Probation**
       **Federal Defender**