IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Case No.: 1:06cr201-WHA |
| | ) | |
| **OSCAR MARTINEZ-RAMIREZ** | ) | |

**MOTION TO WITHDRAW FEDERAL DEFENDERS
AS COUNSEL OF RECORD AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

COMES NOW the Federal Defenders Office and moves to withdraw the office as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Oscar Martinez-Ramirez.

In support of this Motion, counsel states the following:

1. On August 9, 2006, the Federal Defender Office was appointed to represent Mr. Martinez-Ramirez with respect to the above- styled case.

2. A conflict exists between the Federal Defenders Office, Mr. Martinez-Ramirez and a former client of the Federal Defenders Office.

3. Undersigned counsel requests that on behalf of Mr. Martinez-Ramirez, CJA panel attorney Jim Cooper, Esquire, be appointed to represent him in all further proceedings in this case. Mr. Martinez-Ramirez will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Martinez-Ramirez and that CJA Panel Attorney, Jim Cooper, Esquire be appointed to represent him.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )   Case No.: 1:06cr201-WHA |
| | ) |
| **OSCAR MARTINEZ-RAMIREZ** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138