IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 1:06CR201-WHA |
| ) | |
| OSCAR MARTINEZ-RAMIREZ ) | |

**<u>ORDER</u>**

Upon consideration of the motion to withdraw and appoint panel attorney (doc. # 14) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and that James R. Cooper, Jr. be and is hereby appointed to represent the defendant for all further proceedings in this court. Appointed counsel shall file a notice of appearance.

Done this 24th day of August, 2006.


                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE