IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 1:06mj70-DRB |
| | * | |
| OSCAR MARTINEZ-RAMIREZ | * | |
|     Defendants. | * | |

## MOTION TO CONTINUE

COMES, James R. Cooper, Jr. who moves that this Court continue the trial of Mr. Martinez from the October 24th trial term and states in support thereof as follows:

1. Mr. Cooper and his wife Lesley have previously made long standing plans to take a vacation to Italy beginning October 14 and returning to the States October 30, 2006.

2. Mr. Cooper has pre-paid their airline tickets.

3. Mr. Cooper has pre-paid their accommodations in Italy.

4. Mr. Cooper desires to continue his long standing marriage.

5. The defendant will waive his right of Speedy Trial. It is our understanding that the next available trial term would be January 8, 2007. Mr. Cooper has no conflicts during that week.

6. Mr. Cooper has spoken to the United States Attorney who is prosecuting this case. She does not oppose this Motion.

7. A continuance would not impede the orderly process of justice.

RESPECTFULLY SUBMITTED,

_____
s/James R. Cooper, Jr. (COO021)

COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 30th day of August , 2006, I have served a copy of the foregoing **Motion to Continue** upon Ms A. Clark Morris , Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and by electronic case filing,   by placing a copy of same in the United States Mail properly addressed and postage prepaid.

                                                _____

cc:

Mr. Oscar Martinez-Ramirez
Montgomery City Jail
P. O. Drawer 159
Montgomery, Al 36105