| COURTROOM DEPUTY MINUTES | DATE: **AUGUST 30, 2006** |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: **10:37 - 10:47** |
| | **10:56 - 10:57** |

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:06-CR-201-WHA-CSC**    DEFT. NAME: **OSCAR MARTINEZ-RAMIREZ**

USA: **A. CLARK MORRIS**    ATTY: **JAMES R. COOPER, JR**

Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant __√__ does ____ does NOT need an interpreter; NAME: **BEVERLY CHILDRESS**

---

- ☐ Kars.    Date of Arrest _____    or    ☐ Rule 5 Arrest
- √ Kia.    Deft. First Appearance. Advised of rights/charges.    ☐ Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed    ☐ to be obtained by PTS;    ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted    **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed;    ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg.    ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG**    ☐ held;    ☐ Set for _____;    ☐ **Prelim. Hrg**    ☐ Set for _____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.    Release order entered.    ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____    Deft released (kloc LR)
-     ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- √ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.    Identity/Removal Hearing    ☐ set for _____;    ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.    Waiver of Preliminary hearing;
- ☐    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.    **ARRAIGNMENT** SET FOR: _____    √ **HELD**. Plea of **NOT GUILTY** entered.
-     √ **Trial Term** __10/24/06__;    ☐ **PRETRIAL CONFERENCE DATE**: _____
-     √ **DISCOVERY DISCLOSURES DATE**: __8/30/06__
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**