IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06-CR-00201-WHA |
| | ) | |
| OSCAR MARTINEZ-RAMIREZ | ) | |

**<u>ORDER</u>**

Upon consideration of the to withdraw as counsel filed by the defendant, it is

ORDERED that a hearing be and is hereby set on September 19, 2006, at 9:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 14th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE