IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>OSCAR MARTINEZ-RAMIREZ )  | CR. NO. 1:06-cr-201-WHA-CSC |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed September 14, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service release custody of OSCAR MARTINEZ-RAMIREZ, to Special Agents Devin Whittle and/or Bob Greenwood, Drug Enforcement Administration, on September 15, 2006, through January 1, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is also ORDERED that Agents Devin Whittle and/or Bob Greenwood return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 15th day of September, 2006.

   /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE