## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 9/19/06 | AT | 8:58 a.m. to 9:04 a.m. |
| DATE COMPLETED: 9/11/06 | TO | |

UNITED STATES OF AMERICA

VS.

OSCAR MARTINEZ - RAMIREZ

CR. NO. 1:06CR201-WHA-CSC

**PLAINTIFF**      **APPEARANCES:**      **DEFENDANT**

Atty. A. Clark Morris      *      Atty. James R. Cooper

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Stinson      Law Clerk: Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **MOTION HEARING** RE: MOTION TO WITHDRAW COUNSEL

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Motion hrg re:motion to withdraw atty - 06cr201-WHA-CSC | |
|---|---|---|
| Date | 9/19/2006 | |
| Location | Courtroom 4B | |

| Time | Speaker | Note |
|---|---|---|
| 8:58:39 AM | Court | Court convenes; Parties present as noted; Interpreter, Beverly Childress, is sworn; Discussion as to the Motion to withdraw; Addresses concerns to deft regarding appointment of new counsel; Trial is set Oct, 24th; The trial will be continued regardless of who the lawyer is; Inclinded to suggest that the case should be continued; |
| 9:00:39 AM | Atty, Cooper | Addresses the court as to being able to withdraw or continue trial of case; |
| 9:01:08 AM | Court | Response regarding the amount discovery ; |
| 9:01:21 AM | Atty. Morris | Discovery made available at arraignment; |
| 9:01:29 AM | Atty. Cooper | The last batch of discovery came last week - 12 audio tapes, an hour each; Have gone through 6 of them; |
| 9:01:43 AM | Court | Addresses the deft as to his understanding |
| 9:01:55 AM | Atty. Morris | Addresses the court's concerns as to not continuing the case; Deft has started a series of proffer; |
| 9:02:20 AM | Court | Response; Deft counsel should file a motion to continue; |
| 9:02:39 AM | Atty. Cooper | Have filed it; It's before Judge Albritton; Deft said he wanted a new lawyer; |
| 9:03:00 AM | Court | Addresses the deft ; Court will allow Mr. Cooper to continue on the case; Will talk with Judge Albritton about continuing; |
| 9:03:49 AM | Deft Martinez | Does not wish to address the court; |
| 9:03:56 AM | Court | Deft advised to work with Mr. Cooper. Court is recessed. |