IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr201-WHA |
| | ) | |
| OSCAR MARTINEZ-RAMIREZ | ) | |

**ORDER**

For good cause, it is is

ORDERED that the pretrial conference presently set for 3:00 p.m. on November 13, 2006 be and is hereby RESET to 1:00 p.m. on November 13, 2006.

Done this 20th day of September, 2006.


                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE