| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: NOVEMBER 13, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:06 p.m. to 1:08 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**         **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 1:06CR201-WHA-CSC**         **DEFENDANT NAME: OSCAR MARTIN-RAMIREZ**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. A. CLARK MORRIS | ATTY. JAMES COOPER, JR. |

√   **DISCOVERY STATUS:** Complete.

√   **PENDING MOTION STATUS:** None.

√   **PLEA STATUS:** Possible plea.

√   **TRIAL STATUS:** Will take 2 ½ days to try case if goes to trial.

☐   **REMARKS:**