IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Case No. 1:06CR201-WHA |
| ) | |
| **OSCAR MARTINEZ-RAMIREZ** ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on November 13, 2006 before the undersigned Magistrate Judge. Present at this conference was the **Honorable James R. Cooper**, counsel for the defendant, and **Assistant United States Attorney A. Clark Morris**, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **January 8, 2007**. The trial of this case is set for the trial term commencing on **January 8, 2007** before **Senior United States District Judge W. Harold Albritton** and is expected to last three (3) trial days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before **January 2, 2007.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **January 2, 2007**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

    5. Proposed jury instructions shall be filed on or before **January 2, 2007.**

    6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **December 27, 2006.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **January 8, 2007.** The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **January 8, 2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

    Done this 14th day of November, 2006.

                                             /s/Charles S. Coody  
                                       CHARLES S. COODY  
                                       CHIEF UNITED STATES MAGISTRATE JUDGE