IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 1:06CR201-WHA |
| | * | |
| OSCAR MARTINEZ-RAMIREZ | * | |
|     Defendant. | * | |

## NOTICE OF CHANGE OF PLEA

COMES, James R. Cooper, Jr. who gives notice that Mr. Rameriz desires to change his plea of NOT GUILTY to GUILTY.

RESPECTFULLY SUBMITTED,

s/James R. Cooper, Jr. (COO021)
COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of December, 2006, I have served a copy of the foregoing **Notice of Change of Plea** upon Ms. Clark Morris, Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and by electronic case filing, by placing a copy of same in the United States Mail properly addressed and postage prepaid.

    s/James R. Cooper, Jr.

cc:
Oscar Martinez-Ramirez
Montgomery City Jail
P. O. Drawer 159
Montgomery, AL 36104