COURTROOM DEPUTY MINUTES   DATE: <u>DECEMBER 27 2006</u>   FTR RECORDING: _____

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: 9:41 - 9:53 Mitchell. Reesem

☐ **ARRAIGNMENT**     √ **CHANGE OF PLEA**     ☐ **CONSENT PLEA**

☐ **RULE 44(c) HEARING**     ☐ **SENTENCING**

---

PRESIDING MAG. JUDGE: <u>CHARLES S. COODY</u>     DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NUMBER: <u>1:06CR-201-WHA-CSC</u>     DEFENDANT NAME: <u>OSCAR MARTINEZ-RAMIREZ</u>

AUSA: <u>A. CLARK MORRIS</u>     DEFENDANT ATTY: <u>JAMES R. COOPER</u>

Type Counsel: ( ) Waived; ( ) Retained; (√) Panel CJA; ( ) CDO

USPTS/USPO: _____

Defendant √ does ___ does NOT need and interpreter. Name: <u>BEVERLY CHILDRESS</u>

---

☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s)_____ of the **Indictment.**

☐ Count(s)_____   ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued ☐ Same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for:   ☐ Trial on _____;

☐ Sentencing on _____;   ☐ to be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.