IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | *<br>*<br>* | |
| vs. | * | CR. NO. 1:06mj70-DRB |
| | * | |
| OSCAR MARTINEZ-RAMIREZ<br>    Defendants. | *<br>* | |

## **MOTION TO WITHDRAW AS COUNSEL**

COMES, James R. Cooper, Jr. who moves that this Court allow him to withdraw as counsel for Mr. Martinez and states in support thereof as follows:

1. Mr. Cooper meet with Mr. Rameriz this past Friday. With them were Mr. Jeffery Lee and Mrs. Beverly Childress. The purpose of the meeting was to conduct the preliminary Pre-Sentence Investigation.

2. Mr. Rameriz said he did not know that he was giving up his RIGHTS when he plead guilty. He said that he did not understand that he was pleading guilty to a conspiracy. He said that he did not understand why he plead guilty.

3. Mr. Rameriz then said he wanted a new attorney. He said that he felt the Mr. Cooper did not adequately inform him of his rights when he plead guilty.

4. This is the second time that Mr. Rameriz has requested that he be given another attorney. At this point Mr. Cooper no long trusts Mr. Rameriz either. When Mr. Rameriz talks with Mr. Cooper he uses good English. When he does not like what is going on, he acts like he cannot speak English.

5. Mr. Rameriz wants another attorney. Mr. Cooper wishes to be relieved as counsel.

Wherefore, Mr. Cooper requests the following relief:

1. That he be relieved as counsel for Mr. Martinez.

2. That another attorney be appointed to represent Mr. Martinez.

3. All other appropriate relief.

        RESPECTFULLY SUBMITTED,

s/James R. Cooper, Jr. (COO021)
COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of January , 2007, I have served a copy of the foregoing **Motion to Withdraw as Counsel** upon Ms A. Clark Morris , Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and by electronic case filing,   by placing a copy of same in the United States Mail properly addressed and postage prepaid.

s/James R. Cooper, Jr. (COO021

cc:

Mr. Oscar Martinez-Ramirez
Montgomery City Jail
P. O. Drawer 159
Montgomery, Al 36105