IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | CASE NO.  1:06CR201-WHA |
| | ) | |
| **OSCAR MARTINEZ-RAMIREZ** | ) | |

**ORDER**

Now pending before the court are defendant's *Motion to Withdraw Plea of Guilty* (doc. #36) and *Motion to Withdraw as Attorney* filed by Attorney James R. Cooper, Jr. (doc. #37) filed on January 29, 2007, and for good cause, it is

**ORDERED** that a hearing on the motions be and is hereby set for hearing at **9:00 a.m. on February 8, 2007,** in courtroom 4-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide an interpreter for this proceeding   If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 2nd day of February, 2007.

                                                /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE