IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr201-WHA |
| | ) | |
| OSCAR MARTINEZ-RAMIREZ | ) | |

**ORDER**

For good cause, it is

ORDERED that the motions hearing presently set for February 8, 2007 at 9:00 a.m. in Courtroom 4B be and is hereby **MOVED** to **Courtroom 5B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide an interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 7th day of February 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE