MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION

SUSAN RUSS WALKER, U. S. MAGISTRATE JUDGE, PRESIDING
MONTGOMERY, ALABAMA

DATE COMMENCED:   February 8, 2007          8:59 a.m.
DATE COMPLETED:   February 8, 2007          9:17 a.m.

UNITED STATES OF AMERICA           *

vs                                 *          1:06cr201-WHA

OSCAR MARTINEZ-RAMIREZ             *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Christopher Snyder | | James Cooper |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy            Beverly Childress, Interpreter
Risa Entrekin, Court Reporter

PROCEEDINGS:

HEARING ON DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA (DOC #36)
AND MOTION TO WITHDRAW AS ATTORNEY BY JAMES COOPER (DOC #37)

| | |
|---|---|
| 8:59 a.m. | Court convenes. |
| 9:00 a.m. | Government excused from courtroom.<br>Court's questions to defendant and defendant's responses regarding problems with counsel.<br>Court's statements to defendant regarding appointment of new counsel and lack of communication with attorney. |
| 9:06 a.m. | Mr. Cooper's response to defendant's statements. |
| 9:13 a.m. | Court's questions to defendant regarding whether or not he understood plea agreement. |
| 9:15 a.m. | Court will grant defendant's motion to withdraw his plea and grant motion for James Cooper to withdraw as counsel. Court advised that defendant should be ready for trial on March 12, 2007. Orders will be entered. |
| 9:17 a.m. | Court recessed. |