IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr201-WHA |
| | ) | |
| OSCAR MARTINEZ-RAMIREZ | ) | |

## ORDER

Upon consideration of defendant's motion to withdraw guilty plea (Doc. # 36) and defendant's attorney's motion to withdraw (Doc. # 37), filed January 29, 2007, and for good cause, it is

ORDERED that the motion to withdraw be and hereby is GRANTED.  CJA panel attorney Richard Keith is appointed to represent the defendant for all further proceedings.  The CJA panel attorney shall file a written notice of appearance with this Court.  It is further

ORDERED that the motion to withdraw guilty plea is GRANTED.  This case is set for trial on the term beginning March 12, 2007 before Senior District Judge W. Harold Albritton.

DONE, this 12th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE