IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cr-0201-WHA-CSC |
| ) | |
| OSCAR MARTINEZ-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as Court-Appointed Counsel representing Oscar Martinez-Ramirez in the above-styled cause.

Respectfully submitted this 13th day of February, 2007.

> s/ Richard K. Keith
> **RICHARD K. KEITH (KEI003)**
> Attorney for Defendant
> **KEITH & DUBIN, P.C.**
> 22 Scott Street
> Montgomery, AL 36104-4012
> Telephone: (334) 264-6776
> Facsimile: (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> A. Clark Morris, AUSA
> Post Office Box 197
> Montgomery, AL 36101-0197

> s/ Richard K. Keith
> **OF COUNSEL**