IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:06-cr-0201-WHA |
| | ) | |
| OSCAR MARTINEZ-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant, Oscar Martinez-Ramirez, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted this 26th day of February, 2007.

 

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Clark Morris, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                            s/ Richard K. Keith
                                            **OF COUNSEL**