COURTROOM DEPUTY MINUTES DATE: March 7, 2007 FTR RECORDING: 11:48 - 11:59
MIDDLE DISTRICT OF ALABAMA COURT REPORTER: RISA ENTREKIN

Case 1:06-cr-00201-WHA-CSC   Document 51   Filed 03/07/2007   Page 1 of 1

☐ ARRAIGNMENT   √ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 1:06-CR-201-WHA-CSC | DEFENDANT NAME: OSCAR MARTINEZ-RAMIREZ |
| AUSA: A. CLARK MORRIS | DEFENDANT ATTY: RICHARD K. KEITH |
| USPTS/USPO: | Type Counsel: ( ) Waived; ( ) Retained; (√) Panel CJA; ( ) CDO |

Defendant _____ does  √ does NOT need and interpreter.  Name: _____

☐ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)
☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **FELONY INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity
√ Guilty as to:  √ Count(s) 1  of the **Indictment**
☐ Count(s) _____   ☐ dismissed on oral motion of USA;
☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ **ORDERED SEALED.**
√ **ORAL ORDER** Adjudicating defendant guilty.
☐ **ORDER:** Defendant Continued ☐ same Conditions/Bond imposed by Mag. Judge;
☐ Released on Bond & Conditions of Release for:
☐ Trial on _____; ☐ Sentencing on _____; ☐ to be set by Separate Order
√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
☐ Trial on _____; or √ Sentencing on _____  √ Set by separate Order.