IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:06cr201-WHA |
| OSCAR MARTINEZ-RAMIREZ | ) | |

## ORDER

Due to a conflict which has arisen in the court's schedule, the sentencing of this Defendant, presently scheduled for May 31, 2007, at 10:00 a.m. is RESCHEDULED for May 31, 2007, at **9:30 a.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 29th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE