245B  (Rev. 06/05) Judgment in Criminal Case
      Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: OSCAR MARTINEZ-RAMIREZ
CASE NUMBER: 1:06cr201-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**51 months.**

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where intensive drug treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

**RETURNED AND FILED**

OCT 10 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant delivered on  9-20-07  to  BSCC

at  Big Spring TX , with a certified copy of this judgment.

Phill Childs, acting sr warden
~~UNITED STATES MARSHAL~~

By  R. Starr, ec
~~DEPUTY UNITED STATES MARSHAL~~